**FILED**
December 02, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHEL DICKINSON,

    Defendant.

Case No.  2:21-po-00345-CKD; 2:21-po-00454-CKD; 2:21-po-00509-CKD; 2:22-po-00212-CKD; 2:22-po-00225-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  __MICHEL DICKINSON__ , Case No. __2:21-po-00345-CKD; 2:21-po-00454-CKD; 2:21-po-00509-CKD; 2:22-po-00212-CKD; 2:22-po-00225-CKD__ , from custody for the following reasons:

   __X__   Release on Personal Recognizance

   _____   Bail Posted in the Sum of $ _____

   _____   Unsecured Appearance Bond $ _____

   _____   Appearance Bond with 10% Deposit

   _____   Appearance Bond with Surety

   _____   Corporate Surety Bail Bond

   _____   (Other): 

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on December 02, 2022, at 3:05 PM.

By: _____
Magistrate Judge Allison Claire